## No. 15,719.

FULLERTON *v*. BASS ET AL.

(175 P. [2d] 389)

Decided December 9, 1946.   Rehearing denied December 30, 1946.

Judgment affirmed en banc on application for supersedeas without written opinion. Mr. Justice Luxford did not participate.

Mr. E. C. CRAFT, for plaintiff in error.

Mr. GEORGE G. ROSS, for defendants in error.